affirmed, with costs and disbursements. Order filed. See, also, 142 App. Div. 726, 127 N. Y. Supp. 637; 143 App. Div. 910, 127 N. Y. Supp. 1113.

BOVA, Respondent, v. FALBO, Appellant. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by Raffaele Bova against Raffaele Falbo.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs.

CARR and WOODWARD, JJ., dissent.

BRADT, Respondent, v. BRADT, Appellant. (Supreme Court, Appellate Division, Third Department. June 28, 1911.) Action by John V. D. H. Bradt, Jr., as executor, etc., of John V. D. H. Bradt, Sr., deceased, against John H. Bradt and another.

PER CURIAM. Judgment affirmed, with costs. See, also, 143 App. Div. 863, 128 N. Y. Supp. 1114.

HOUGHTON, J., dissents.

BRANAGAN, Appellant, v. BUCKMAN et al., Respondents. (Supreme Court, Appellate Division, Third Department. June 28, 1911.) Action by Arthur D. Branagan against Harry Buckman and others.

PER CURIAM. Judgment (67 Misc. Rep. 242, 122 N. Y. Supp. 610) affirmed, with costs.

KELLOGG and SEWELL, JJ., dissent.

BREMER v. RING. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by Jefferson D. Bremer against Charles E. Ring.

PER CURIAM. Motion granted, upon defendant giving additional bond to secure plaintiff any damages on account of the stay, in the penalty of $250. If such bond is not given in 10 days, the motion will be denied.

BRENDLIN v. BEERS. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Emil C. Brendlin against Lucius H. Beers. No opinion. Motion denied, with $10 costs. Order filed. See, also, 129 N. Y. Supp. 222.

In re BRONX BOULEVARD IN CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. July 7, 1911.) In the matter of the Bronx Boulevard in the City of New York. J. J. Squier and M. May, for appellants. No opinion. Order affirmed, without costs. Order filed.

In re BRONX SALESROOM. (Supreme Court, Appellate Division, First Department. July 7, 1911.) In the matter of the Bronx Salesroom. No opinion. Order signed and filed.

BROOKS, Respondent, v. TEPLISKY, Appellant. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by Elizabeth M. Brooks against Barnet Tep-

lisky. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 128 N. Y. Supp. 1115.·

In re BROWN. (Supreme Court, Appellate Division, Second Department. June 29, 1911.) In the matter of the application of Nathaniel M. Brown for admission to the bar.

PER CURIAM. Application granted.

BURR, J., not voting.

BUFFALO HARDWOOD LUMBER CO., Respondent, v. LANG et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 11, 1911.) Action by the Buffalo Hardwood Lumber Company against Louis J. Lang and others.

PER CURIAM. Judgment and order affirmed, with costs.

ROBSON, J., dissents.

BUGBEE v. OVERSTREET. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Dana J. Bugbee against William I. Overstreet, as trustee, etc. No opinion. Motion denied. Settle order on notice.

BUGBEE v. OVERSTREET. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Dana J. Bugbee against William I. Overstreet, as trustee, etc. No opinion. Motion granted, and appellant's time to file points extended to September 15, 1911. Settle order on notice.

BURNS et al., Appellants, v. BATES, Respondent, et al. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Michael P. Burns and another against Jonathan Bates, impleaded with others. E. E. Jacobsen, for appellants. R. J. Reese, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

BUTTSCHARDT et al. v. BRAUTIGAM et al. (Supreme Court, Appellate Division, Second Department. June 23, 1911.) Action by George Buttschardt and another against Mary Brautigam, individually and as executrix, etc. No opinion. Motion for stay granted, except as to that part of the order which provides for the payment of the referee's fees, without costs.

CALITRI v. CITY OF NEW YORK et al. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by Louis E. Calitri as executor against the City of New York impleaded with others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

CASTELL, Appellant, v. STERLING FIRE INS. CO., Respondent. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by Samuel Castell against the Sterling Fire Insurance Company. W. P.